UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARVIN PETTY,

            Plaintiff,

  v.

BILL ELFO,

            Defendant.

Case No. C12-232-JCC

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation. (Dkt. No. 14).

(2)     This matter is **DISMISSED**, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address, and to the Honorable Brian A. Tsuchida.

DATED this 12th day of July 2012.

JOHN C. COUGHENOUR
United States District Judge

**ORDER** - 1